# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| FIRST MERCURY INSURANCE COMPANY, | |
| Plaintiff, | Case No. 2:16-cv-00091-APG-CWH |
| vs. | **ORDER** |
| T.H.E. INSURANCE COMPANY, | |
| Defendant. | |

On June 16, 2016, the court entered a minute order denying without prejudice the parties' stipulated discovery plan because it did not comply with Local Rule 26-1. (Min. Order (ECF No. 20).) The court required the parties to meet and confer and to file a revised stipulated discovery plan that complies with Local Rule 26-1. (*Id.*) The parties filed a revised stipulated discovery plan and scheduling order that still does not comply with Local Rule 26-1. (Stip Discovery Plan & Scheduling Order (ECF No. 21).) Specifically, the stipulated discovery plan does not contain the certifications required by Local Rule 26-1(b)(7)-(9).

IT IS THEREFORE ORDERED that the parties' stipulated discovery plan and scheduling order (ECF No. 21) is DENIED without prejudice. The parties must meet and confer and file a revised stipulated discovery plan that complies with Local Rule 26-1(b)(7)-(9) by July 21, 2016.

IT IS FURTHER ORDERED that by July 21, 2016, the attorneys in this case must file certifications stating that they have read Local Rule 26-1. The attorneys are advised that the court's local rules were amended effective May 1, 2016.

DATED: July 7, 2016

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**